IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA CIVIL DIVISION

IN ADMIRALTY

WARWICK G. CAHILL,

Plaintiff,

vs. CASE NUMBER:

COLIN CLEMENT, an individual, TAMPA PILOTS, LLC, a Florida Corporation, and M/V DESOTO, her engines, etc., in rem, PENN ATB, INC., a foreign corporation,

Defendants,

_______________________________________________/

**VERIFIED MARITIME COMPLAINT FOR DAMAGES**

Plaintiff, Warwick G. Cahill, sues Defendant, Colin Clement in personam, Tampa Pilots, LLC, in personam, Penn ATB, Inc. in personam and M/V DESOTO in rem, for damages and alleges as follows:

**FACTS COMMON TO ALL COUNTS**

1. This is a admiralty and maritime claim for damages within the meaning of Federal Rule of Civil Procedure 9(h) and is brought pursuant to the Court's jurisdiction under 28 U.S.C. § 1333.

2. Plaintiff, Warwick G. Cahill is a Tampa Bay Pilot who was injured on December 28, 2003, on the navigable waters of the State of Florida.
3. Defendant, Colin Clement is an employee of Tampa Pilots LLC and was the captain and operator at the helm and otherwise in charge of the pilot boat M/V DESOTO on December 28, 2003 at the time of Plaintiff Cahill's injury.
4. Defendant, Tampa Pilots LLC is a Florida Corporation that was the owner of the M/V DESOTO, and employer of Defendant, Colin Clement on December 28, 2003.
5. Defendant, Penn ATB, Inc. was the owner, operator, charterer and otherwise in charge of the tug TERESA (U. S. Coast Guard official number 1056534) on December 28, 2003.
6. The pilot boat M/V DESOTO (U. S. Coast Guard official number 998277) is a sixty foot vessel that was being operated on the navigable waters of the State of Florida on December 28, 2003. The M/V DESOTO is currently located within the jurisdiction of this Court.
7. On December 28, 2003, Pilot Cahill was aboard Defendant Penn ATB Inc's tug TERESA after piloting the TERESA and its barge out of Tampa Bay. Pilot Cahill was waiting to board the pilot boat M/ V DESOTO from the gunwhale on the port side of the tug TERESA. Near the gunwhale on the TERESA was a stanchion that was not secured in place. The bow of the M/V DESOTO collided with tug TERESA causing Pilot Cahill to be struck in the head by the unsecured stanchion, and knocked down suffering severe injuries.

8. As a result of the above incident Pilot Cahill sustained personal injuries including facial injuries, dental injuries, back injury and then bodily injury.

**COUNT I**

**IN REM ACTION AGAINST M/V DESOTO**

Plaintiff Cahill repeats and realledges paragraph 1-8.

9. On December 28, 2003, the pilot boat and defendant M/V DESOTO was operated negligently which caused a collision with the tug TERESA causing an injury to Plaintiff Cahill. The negligence included:
    a. operating the M/V DESOTO at an improper speed,
    b. operating the tug TERESA in an unsafe manner and angle,
    c. using poor seamanship,
    d. not properly timing the waves,
    e. not properly accounting for the weather and current conditions,
    f. failing to warn Pilot Cahill of an impending collision of the two vessels,
    g. by failing to obtain a proper lee for the boarding pilot.
    h. by failing to ensure the conditions were safe for having Pilot Cahill to board the M/V DESOTO

10. As a direct and proximate result of the negligence of the M/V DESOTO, its captain and crew, Plaintiff Cahill sustained bodily injury including injuries to his face, neck and back. Plaintiff Cahill also sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of

capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

11. Plaintiff Cahill claims damages in the amount of $265,000.00.

WHEREFORE Plaintiff Cahill prays for a judgment against the M/V DESOTO in rem, including pre-judgment and post judgment interest and cost. Plaintiff Cahill prays for the Court to issue a warrant of arrest for the M/V DESOTO and to have the U.S. Marshal arrest the vessel and that the vessel be condemned and sold to enforce the maritime lien of Plaintiff Cahill.

**COUNT II**

**DEFENDANT COLIN CLEMENT, IN PERSONAM**

Plaintiff Cahill repeats and alledges paragraphs 1-8 above.

12. On December, 2003, Defendant Clement was negligent in the operation of the pilot boat M/V DESOTO which caused it to collide with the tug TERESA causing an injury to Plaintiff Cahill. The negligence included:

    a. operating the M/V DESOTO at an improper speed,
    b. operating the tug TERESA in an unsafe manner and angle,
    c. using poor seamanship,
    d. not properly timing the waves, and
    e. not properly accounting for the weather and current conditions,
    f. failing to warn Pilot Cahill of an impending collision of the two vessels,

g. by failing to obtain a proper lee for the boarding pilot.

h. By failing to ensure the conditions were safe for having Pilot Cahill to board the M/V DESOTO

13. As a direct and proximate result of the negligence of Defendant Clement as set forth in paragraph 12 above Plaintiff Cahill sustained bodily injury including injuries to his face, neck and back. Plaintiff Cahill also sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

14. Plaintiff Cahill Claims damages in the amount of $265,000.00.

WHEREFORE Plaintiff Cahill prays for the Court to enter a judgment against Defendant Clement in personam, jointly and severally with other Defendants for compensatory damages Court cost, pre-judgment and post judgment damages.

**COUNT III**

**<u>IN PERSONAM NEGLIGENCE CLAIM AGAINST TAMPA PILOTS LLC</u>**

Plaintiff Cahill repeats and alledges paragraph 1-8 above.

15. On December 28, 2003, Defendant Clement was an employee of Defendant Tampa Pilots LLC and therefore Defendant Tampa Pilots LLC is vicariously liable for the negligence and maritime torts of its employee Colin Clement.

16. On December 28, 2003, Defendant, Tampa Pilots LLC was negligent through its employee/Captain Clement as a result of the following acts of negligence:
    a. operating the M/V DESOTO at an improper speed,
    b. operating the tug TERESA in an unsafe manner and angle,
    c. using poor seamanship,
    d. not properly timing the waves, and
    e. not properly accounting for the weather and current conditions,
    f. failing to warn Pilot Cahill of an impending collision of the two vessels,
    g. by failing to obtain a proper lee for the boarding pilot.
    h. By failing to ensure the conditions were safe for having Pilot Cahill to board the M/V DESOTO
17. As a direct and proximate result of the negligence of Defendant, Tampa Pilots LLC, Plaintiff Cahill sustained bodily injury including injuries to his face, neck and back. Plaintiff Cahill also sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.
18. Plaintiff Cahill claims damages in the amount of $265,000.00.

WHEREFORE Plaintiff Cahill prays for the Court to enter a judgment against Defendant Clement in personam, jointly and severally with other Defendants for compensatory damages Court cost, pre-judgment and post judgment damages.

**COUNT IV**

**IN PERSONAM NEGLIGENCE CLAIM OF PENN ATB INC.**

Plaintiff Cahill repeats and realledges paragraphs 1-8 above.

19. On December 28, 2003, the owner, operator, crewmember, charterers and employees of the tug TERESA were negligent with regard to the following acts of omission and commission:
    a. failure to properly assist Pilot Cahill in disembarking from the TERESA,
    b. by failing to have a safe and proper waiting area for Pilot Cahill,
    c. by failing to warn Pilot Cahill that the stanchions of the tug TERESA were not properly secured and posed a danger to Pilot Cahill,
    d. by failing to create a safe and proper vessel position to have Pilot Cahill disembark the TERESA.
    e. by failing to properly secure the stanchions in the area where Pilot Cahill was disembarking.
20. As a direct and proximate result of the negligence of the Penn ATB, Inc. through its employees, crewmembers, agents, captains and seaman, Plaintiff Cahill sustained bodily injury including injuries to his face, neck and back. Plaintiff Cahill also sustained bodily injury and resulting pain and suffering,

disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

21. Plaintiff Cahill claims damages in the amount of $265,000.00.

WHEREFORE Plaintiff Cahill prays for the Court to enter a judgment against Defendant Clement in personam, jointly and severally with other Defendants for compensatory damages Court cost, pre-judgment and post judgment damages.

**COUNT V**

**SEPARATE SEAMAN UNSEAWORTHNESS CLAIM AGAINST PENN ATB, INC.**

Plaintiff Cahill repeats and realledges paragraphs 1-8 above.

22. Plaintiff Cahill was a "Sieracki Seaman" with respect to the tug TERESA and was entitled to a seaworthy vessel from its owners, operators and charterers.

23. The owners, operators and charterers breached its duty to Plaintiff Cahill because the tug TERESA was unseaworthy due to:

    a. failure to properly assist Pilot Cahill in disembarking from the TERESA,

    b. by failing to have a safe and proper waiting area for Pilot Cahill,

    c. by failing to warn Pilot Cahill that the stanchions of the tug TERESA were not properly secured and posed a danger to Pilot Cahill,

d. by failing to create a safe and proper vessel position to have Pilot Cahill disembark the TERESA.

24. As a direct and proximate result of the unseaworthiness of the tug TERESA pilot/seaman Cahill sustained bodily injury including injuries to his face, neck and back. Plaintiff Cahill also sustained bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

25. Plaintiff Cahill claims damages in the amount of $265,000.00.

WHEREFORE Plaintiff Cahill demands:

1. That process in due form of law according to the rules and practice of this court in causes of maritime and admiralty jurisdiction may issue against the vessel, M/V DESOTO, her engines, tackle, etc., citing all persons claiming any interest to appear and answer on oath all and singular the matter stated above.

2. That this court order and adjudge that the vessel, M/V DESOTO, be condemned and sold to pay the demand, with prejudgment interest, postjudgment interest, costs and attorneys' fees.

/s/ Jacob J. Munch
JACOB J. MUNCH, ESQUIRE
MUNCH AND MUNCH, P.A.
212 S. Magnolia Avenue
Tampa, Florida 33606
Phone: (813) 254-1557 / Fax: (813) 254-5172
Florida Bar Number 376523
sealaw@tampabay.rr.com
Attorney for Plaintiff, Cahill

**VERIFICATION**

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared, Warwick G. Cahill, who was duly sworn and says that he is the Plaintiff that he has read the foregoing complaint and is familiar with its contents, which are true to the best of his information and belief. The sources of his information and grounds for belief are based on personal knowledge.

______________________________
WARWICK G. CAHILL

SWORN TO AND SUBSCRIBED before me this _____ day of October, 2005.

__________________________________________
Signature of Notary Public, State of Florida

__________________________________________
Print, typed or Stamped Commissioned Name

Personally Known __________
Produced Identification ___________
Type of Identification Produced:
__________________________________________